**Mae E. Carroll, appellee, v. Patrick C. Faherty, appellant. Gen. No. 24,703.**

Action by principal to recover of agent money falsely reported to have been paid by agent. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Louis Bernreuter, Judge, pre-

siding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 7, 1919.

Alfred F. Tompkins, for appellant. Richard J. Cooney and John A. Verhoeven, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.